RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 6/2/09
BY DD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-0260 |
|---|---|---|
| VERSUS | * | JUDGE JAMES |
| RICHARD O'NEAL HATFIELD<br>a/k/a "Neal" or "Snowman" | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Richard O'Neal Hatfield, and adjudges him guilty of the offense charged in Count One of the Indictment against him.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the District Court accepts defendant, Richard O'Neal Hatfield's agreement to forfeit his interest in the property referenced in Count 13 of the Indictment

THUS DONE AND SIGNED this 2 day of June, 2009, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE